**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | |
|---|---|
| **DONNA BINION individually and on behalf of all others similarly situated,** ) ) ) | |
| **Plaintiff,** ) | **Case No. 3:26-cv-207** |
| **v.** ) ) | **Judge Aleta A. Trauger** |
| **QUALDERM PARTNERS, LLC,** ) ) | |
| **Defendant.** ) ) ) | |

## ORDER

The defendant's Unopposed Motion for Extension of Time to Respond to Plaintiffs' Consolidated Class Action Complaint (Doc. No. 23) is GRANTED. The defendant may have an extension until July 15, 2026 within which to respond to the Consolidated Class Action Complaint. The initial case management conference scheduled for June 22, 2026 was continued by prior order. (Doc. No. 13 at 8).

IT IS SO ORDERED.

_____
ALETA A. TRAUGER
United States District Judge