Motion GRANTED.
Extension to 9/14/2026.

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| BEN DARCHE, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>QUALDERM PARTNERS, LLC,<br><br>Defendant. | Case No. 3:26-cv-00207<br><br>Judge Aleta A. Trauger |

**JOINT MOTION FOR THIRD EXTENSION OF TIME TO RESPOND TO PLAINTIFFS' CONSOLIDATED CLASS ACTION COMPLAINT**

Plaintiffs and Defendant, by and through their respective undersigned counsel, respectfully request a further 30-day extension of time for Defendant to respond to Plaintiffs' Complaint and, in support thereof, states as follows:

1. Plaintiffs filed their Consolidated Class Action Complaint ("Consolidated Complaint") in this matter on May 14, 2026. (ECF No. 21.) Defendant's response to the Consolidated Complaint is currently due on August 15, 2026. (ECF No. 26.)

2. The Parties are working through early resolution terms and believe they are close to a settlement.

3. Additionally, the Parties have learned that an additional case concerning the same data security incident was recently filed, *Krieger v. QualDerm Partners, LLC et al.*, No. 1:26-cv-09174 (N.D. Ill.). The Parties are in the process of endeavoring to coordinate with the newly filed case.

4. In light of coordination efforts with the *Krieger* case and ongoing settlement discussions, the Parties agree that Defendant's deadline to respond to the Consolidated Complaint