Motion GRANTED.
Extension to 10/14/2026.

**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF
TENNESSEE
NASHVILLE DIVISION**

BEN DARCHE, *et al.*,

Plaintiffs,

v.

QUALDERM PARTNERS, LLC,

Defendant.

Case No. 3:26-cv-00207

Judge Aleta A. Trauger

**JOINT MOTION FOR FOURTH EXTENSION OF TIME TO RESPOND TO PLAINTIFFS' CONSOLIDATED CLASS ACTION COMPLAINT**

Plaintiffs and Defendant, by and through their respective undersigned counsel, respectfully request a further 30-day extension of time for Defendant to respond to Plaintiffs' Complaint and, in support thereof, states as follows:

1. Plaintiffs filed their Consolidated Class Action Complaint ("Consolidated Complaint") in this matter on May 14, 2026. (ECF No. 21.) Defendant's response to the Consolidated Complaint is currently due on September 14, 2026. (ECF No. 26.)

2. The Parties continue to engage in good-faith discussions regarding early resolution and believe that additional time will facilitate further progress toward a potential settlement.

3. In light of the Parties' continued efforts to coordinate with the newly filed *Krieger* case, which has since been transferred from the Northern District of Illinois to the Central District of Illinois, No. 2:26-cv-02248-CSB-EIL, as well as their ongoing settlement discussions, the Parties agree that Defendant's deadline to respond to the Consolidated Complaint should be extended by an additional 30 days, from September 14, 2026, up to and including October 14, 2026, to facilitate those coordination efforts and settlement discussions. Pursuant to the Court's earlier order, Plaintiffs would have 30 days